IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-085-MOC-DCK

| | | |
|---|---|---|
| E. FRANK SMITH RESIDENTIAL DESIGN, INC. and EUGENE FRANKLIN SMITH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| CURTIS L. TRENKELBACH, INTERCON BUILDING CORPORATION OF NORTH CAROLINA, C. SCOTT BROOKS, SOUTHERN DYNAMIC ENGINEERING & DESIGN, PLLC, E.F. BELK & SON, INC., and B.E. HOLBROOKS CO., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The undersigned's chambers was notified by Plaintiff's counsel that the parties have reached an agreement to settle this case. Both counsel and the parties are commended for their efforts to resolve this matter. The parties are to file all documents needed to effectuate the settlement of the case within thirty (30) days, unless additional time is sought and granted by the Court.

**IT IS THEREFORE ORDERED** that the parties shall file all documents necessary to effectuate the settlement of this case on or before **May 25, 2011**.

Signed: April 25, 2011

David C. Keesler
United States Magistrate Judge